HEDDA SMULEWICZ-ZUCKER *v.* DAVID ZUCKER

The plaintiff's petition for certification for appeal from the Appellate Court, 98 Conn. App. 419 (AC 26824), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Norman A. Pattis*, in support of the petition.

*Richard L. Albrecht, Barbara M. Schellenberg* and *Courtney A. George*, in opposition.

Decided January 4, 2007

JANE C. STEVENS *v.* JANE L. KATZ ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 98 Conn. App. 904 (AC 26855), is denied.

*Jane C. Stevens*, pro se, and *Frederick G. Stevens*, pro se, in support of the petition.

*James F. Stapleton* and *Joseph L. Hammer*, in opposition.

Decided January 4, 2007

STATE OF CONNECTICUT *v.* EDWARD WEARING

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 350 (AC 27018), is denied.

*David A. Leff*, in support of the petition.

*Timothy F. Costello*, special deputy assistant state's attorney, in opposition.

Decided January 4, 2007